UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OMS INVESTMENTS, INC., et al., | : |
| Plaintiffs, | : CASE NO. 2:07-cv-63 |
| v. | : JUDGE MARBLEY |
| LEBANON SEABOARD CORPORATION, a Pennsylvania corporation, | : MAGISTRATE JUDGE ABEL |
| Defendant. | : |

### AGREED MOTION OF PLAINTIFFS TO EXTEND THE RULE 26(e)(2) DISCLOSURE AND NON-EXPERT DISCOVERY DEADLINES AND FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF CONSUMER DATA DOCUMENTS

Plaintiffs OMS Investments, Inc. and The Scotts Company LLC hereby move the Court pursuant to S.D. Ohio Civ. R. 7.3 and 16.2, for an extension of the Rule 26(e)(2) disclosures from October 31, 2008 to November 28, 2008 and the non-expert discovery deadline from December 19, 2008 to January 19, 2009. All other deadlines in the current case schedule [Doc. 60] would remain the same. Plaintiffs also move the Court for an additional one week extension until November 7, 2008 to file their Response to Defendant Lebanon Seaboard Corporation's Motion to Compel Production of Consumer Data Documents.

Pursuant to S.D. Ohio Civ.R. 7.3(a), Plaintiffs consulted with counsel for Defendant Lebanon Seaboard Corporation ("Lebanon") concerning these extensions, and Lebanon has consented to them. No parties will be prejudiced by these extensions of time, and these

extensions will not affect the case schedule in this matter except as stated above. A proposed entry is attached for the Court's consideration.

Respectfully submitted,

/s/David J. Butler
David J. Butler (0068455) (Trial Attorney)
dbutler@cwslaw.com
CHESTER, WILLCOX & SAXBE LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-4000
Facsimile: (614) 221-4012


Susan E. Hollander
shollander@manatt.com
Kathryn A. B. Bartow
kbartow@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, California 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiffs*
*OMS Investments, Inc. and*
*The Scotts Company LLC*

AGREED:

Holiday W. Banta by David J. Butler
per authority on 10/28/08
Holiday W. Banta, Esq.
Woodard, Emhardt, Moriarty
  McNett & Henry, LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
*Attorney for Defendant*
*Lebanon Seaboard Corporation*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Agreed Motion of Plaintiffs to Extend the Rule 26(e)(2) Disclosure and Non-Expert Discovery Deadlines and for an Extension of Time for Plaintiffs to File Their Response to Defendant's Motion to Compel Production of Consumer Data Documents* has been served by the Court's CM/ECF system this 28th day of October, 2008 upon:

D. Michael Crites, Esq.
Jeffrey A. Dittmer, Esq.
Joseph E. Schmansky, Esq.
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, Ohio 3215

Holiday W. Banta, Esq.
Spiro Berveskos, Esq.
Woodard, Emhardt, Moriarty
McNett & Henry, LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137

*Attorneys for Defendant*
*Lebanon Seaboard Corporation*

Nicholas E. Subashi
Brian L. Wildermuth
Subashi, Wildermuth & Dinkler
The Greene Town Center
50 Chestnut Street, Suite 230
Dayton, Ohio 45440-1385

*Attorneys for Nationwide Agribusiness Insurance Company and Nationwide Mutual Insurance Company*

/s/ David J. Butler
David J. Butler