**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| OMS INVESTMENTS, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | Case No. C2-07-CV-063 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| LEBANON SEABORD CORPORATION, : | |
| et al., : | Magistrate Judge Abel |
| : | |
| Defendants. : | |

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

The Order Setting A Telephonic Status Conference [103] in this matter is hereby **VACATED.** A new order scheduling a telephonic status conference before Judge Algenon L. Marbley will be filed at a later date, if necessary.

**IT IS SO ORDERED.**

                                                    **s/Algenon L. Marbley**
                                          **UNITED STATES DISTRICT COURT**

**DATE: January 21, 2010**