UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OMS INVESTMENTS, INC. , a Delaware corporation, et al., | ) ) | Case No. 2:07-cv-63-JDT-TAB |
| | ) | |
| Plaintiffs, | ) | JUDGE MARBLEY |
| | ) | MAGISTRATE JUDGE ABEL |
| v. | ) | |
| | ) | |
| LEBANON SEABOARD CORPORATION, a Pennsylvania corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LEBANON SEABOARD CORPORATION'S CROSS MOTION TO PRECLUDE PLAINTIFFS FROM MAKING ANY REFERENCE OR INFERENCE AT TRIAL REGARDING AN OPINION OF COUNSEL FOR LEBANON**

Comes now Defendant Lebanon Seaboard Corporation ("Lebanon"), by counsel, and respectfully moves this Court for an order precluding Plaintiffs OMS Investments, Inc. and The Scotts Company LLC from introducing any evidence or argument at trial or otherwise regarding whether or not Lebanon has any opinions of counsel with regard to the issues in the case and regarding any inference that could be drawn from such information. Lebanon has appropriately and rightfully invoked the attorney-client privilege in this case. In their recent Motion (Docket Entry 118) and under the guise of a factual assertion, Plaintiffs presented to this Court, Plaintiffs' alleged negative inference concerning Lebanon's invocation of the attorney-client privilege with regard to the opinions of counsel it obtained with respect to the packaging at issue in this case. Lebanon respectfully asks this Court for an order requiring Plaintiffs to honor the shield the attorney-client privilege is designed to provide and prohibiting Plaintiffs from using the invocation of this privilege as a sword to support their case.

Support for this Motion is set forth in DEFENDANT LEBANON SEABOARD CORPORATION'S MEMORANDUM IN SUPPORT OF ITS CROSS MOTION TO PRECLUDE PLAINTIFFS FROM MAKING ANY REFERENCE OR INFERENCE AT TRIAL REGARDING AN OPINION OF COUNSEL FOR LEBANON.

A proposed order for this Motion has been submitted to the Court herewith.

Respectfully submitted this 26th day of July, 2010.

By:    s/Spiro Bereveskos
  Spiro Bereveskos (3905-49)
  judy@uspatent.com
  Holiday W. Banta (17852-49)
  hbanta@world-ip.com
  WOODARD, EMHARDT, MORIARTY,
    MCNETT & HENRY LLP
  111 Monument Circle, Suite 3700
  Indianapolis, IN  46204-5137
  (317) 634-3456
  (317) 637-7561 (facsimile)

  D. Michael Crites (0021333)
  Michael.crites@dinslaw.com
  Gregory P. Mathews
  Gregory.mathews@dinslaw.com
  Jennie K. Ferguson
  jennie.ferguson@dinslaw.com
  DINSMORE & SHOHL, LLP
  191 W. Nationwide Blvd., Suite 300
  Columbus, OH  43215
  (614) 628-6880
  (614) 628-6890 (facsimile)

  *Attorneys for Defendant Lebanon Seaboard Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, on July 26, 2010, a true and accurate copy of Defendant Lebanon Seaboard Corporation's Cross Motion to Preclude Plaintiffs From Making Any Reference or Inference at Trial Regarding an Opinion of Counsel for Lebanon was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

David J. Butler
**CHESTER WILLCOX & SAXBE, LLP**
dbutler@cwslaw.com

Susan E. Hollander
**MANATT, PHELPS & PHILLIPS, LLP**
shollander@manatt.com

Laura M. Franco
**MANATT, PHELPS & PHILLIPS, LLP**
lfranco@manatt.com

Kathryn B. Bartow
**MANATT, PHELPS & PHILLIPS, LLP**
kbartow@manatt.com


s/Spiro Bereveskos
Spiro Bereveskos

Dated: July 26, 2010

#693667