IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OMS Investments, Inc. and The Scotts Company, LLC, | : | |
| | : | Civil Action 2:07-cv-63 |
| Plaintiffs | | |
| | : | Judge Marbley |
| v. | | |
| | : | Magistrate Judge Abel |
| Lebanon Seaboard Corporation, | | |
| | : | |
| Defendant | | |

**ORDER**

The August 2, 2010 unopposed motion to drop Nationwide Agribusiness Insurance Company and Nationwide Mutual Insurance Company as parties to this action (doc. 126) is GRANTED. The Clerk of Court is DIRECTED to terminate Nationwide Agribusiness Insurance Company and Nationwide Mutual Insurance Company as parties in this case.

s/ Mark R. Abel
United States Magistrate Judge
