UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| OMS INVESTMENTS, INC., and THE SCOTTS COMPANY LLC, | Case No. 2:07 cv 00063 |
| Plaintiffs, | Judge Marbley |
| vs. | Magistrate Judge Abel |
| LEBANON SEABOARD CORPORATION, | |
| Defendant. | |

## STIPULATED DISMISSAL ORDER

Plaintiff OMS Investments, Inc. and the Scotts Company LLC ("Scotts") by and through their attorneys, David Butler of CHESTER, WILLCOX AND SAXBE, LLP and Susan Hollander and Kathryn Bartow of MANATT, PHELPS & PHILLIPS, LLP, and Defendant Lebanon Seaboard Corporation ("Lebanon Seaboard"), by and through its attorneys, D. Michael Crites of DINSMORE & SHOHL LLP and Spiro Bereveskos and Holiday Banta of WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY, LLP have submitted to the United States District Court for the Southern District of Ohio (the "Court") the following stipulation which is hereby approved and adopted by the Court as the Final Judgment as to Lebanon Seaboard in this matter:

WHEREAS on or about January 26, 2007 Scotts filed a Complaint against Lebanon Seaboard in the United States District Court for the Southern District of Ohio (the "Court"), styled *OMS Investments, Inc. and The Scotts Company LLC v. Lebanon Seaboard*, Case No. 2:07 cv 63, alleging claims of trade dress infringement, trade dress dilution, state deceptive trade practices, state common law trade dress infringement, state common law trade dress dilution, state common law unfair competition, and unjust enrichment and on February 19, 2010 filed an Amended Complaint (the "Action").

WHEREAS on or about May 21, 2007, Lebanon Seaboard answered the Complaint, denying the alleged claims and on March 8, 2010 filed an Answer to the Amended Complaint denying the alleged claims.

WHEREAS on September 15, 2010 Scotts and Lebanon Seaboard (collectively "the Parties") signed a Confidential Settlement Agreement resolving the Action.

Accordingly, based upon the consent of all Parties, it is hereby ORDERED that:

1. The Parties agree to the continuing jurisdiction of this Court for purposes of overseeing any dispute arising from or relating to the underlying Confidential Settlement Agreement.

2. Parties agree that this Stipulated Dismissal Order shall comprise the final order in this case. The Parties hereby waive any appeal hereof.

3. All claims of the Parties are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

9/21/10
DATE

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO STIPULATION AND AS TO FORM OF JUDGMENT**

For Plaintiff:

CHESTER, WILLCOX & SAXBE, LLP

David J. Butler (0068455)(Trial Attorney)
CHESTER, WILLCOX & SAXBE, LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-4000
Fax: (614) 221-4012

and

MANATT, PHELPS & PHILLIPS, LLP

Susan E. Hollander (pro hac vice) by David J. Butler for authority
Kathryn A. B. Bartow (pro hac vice)
1001 Page Mill Road, Bldg. 2
Palo Alto, California 94304
Telephone: (650) 812-1300
Fax: (650) 213-0260
*Attorneys for Plaintiffs*

4849-7699-0471, v. 1

For Defendant:

DINSMORE & SHOHL LLP

D. Michael Crites (0021333) (Trial Attorney)
DINSMORE & SHOHL LLP
191 W. Nationwide Boulevard, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6934
Fax: (614) 628-6890

and

WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY, LLP

Holiday Banta (pro hac vice)
Spiro Bereveskos (pro hac vice)
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204
Telephone: (317) 634-3456
Fax: (317) 637-7561
*Attorneys for Defendant*